**FILED**

AUG 2 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  JASON L. PERISHO, #258210
   LAW OFFICE OF FRANCIS X. MOHAN III
2  3439 Brookside Road, Suite 208
   Stockton, CA 95219
3  Telephone: (209) 957-0660
   jason@mohanlaw.net

4  Attorney for Sarriah A. Nasri, R▆▆ N. N▆ and S▆ Y. N▆

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SARRIAH A. NASRI, R▆▆ N. N▆, S▆ Y. N▆, SHELLEY NASRI aka Sarnah Nasri, MOHAMAD RAMI NASRI, individually and as Trustee of the Mohamad Yahya Nasri Living Trust; and NAJYA ALERAJ,<br><br>Defendants. | Case No: 2:11-CV-01986-JAM-DAD<br><br>APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - CIVIL (EX PARTE) |

1. Applicant, SHELLEY NASRI, is the parent of R▆▆ N. N▆ and S▆ Y. N▆.

2. This application seeks the appointment of the following as guardian ad litem:

   SHELLEY NASRI
   1928 W. BENJAMIN HOLT DR
   STOCKTON, CA 95207
   (209) 298-0044

3. The guardian ad litem is to represent the interests of the following persons:

   R▆▆ N. N▆                          S▆ Y. N▆
   1928 W. BENJAMIN HOLT DR           1928 W. BENJAMIN HOLT DR
   STOCKTON, CA 95207                 STOCKTON, CA 95207
   (209) 298-0044                     (209) 298-0044

1  4.  The persons to be represented are minors. R▮▮ N. N▮▮ was born on ▮▮▮, 1994; and S▮ Y. N▮▮ was born on ▮▮▮, 1998.

5.  The court should appoint a guardian ad litem because R▮▮ N. N▮▮ and S▮ Y. N▮▮ are named as Defendants in that certain Complaint for Interpleader and Declaratory Judgment filed in this matter by Plaintiff Bankers Life and Casualty Company and have an interest in such matter. No guardian or conservator of the estate of either R▮▮ N. N▮▮ or S▮ Y. N▮▮ has been appointed.

6.  SHELLEY NASRI, the proposed guardian ad litem, is the mother of R▮▮ N. N▮▮ and S▮ Y. N▮▮

7.  The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the persons she will represent and has no interests adverse to the interests of such persons. Although she is listed as a Defendant in that certain Complaint for Interpleader and Declaratory Judgment, the proposed guardian ad litem does not claim any interest in or assert any claim in this matter on her own behalf.

Dated: August 22, 2011

Jason L. Perisho, Attorney

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: Aug 22, 2011

Shelley Nasri

I consent to the appointment as guardian ad litem under the above application.

Dated: Aug 22, 2011

Shelley Nasri

| | |
|---|---|
| 1 | **ORDER - EX PARTE** |

3  THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem
4  for the persons named in item 3 of the application, as requested.

5  THE COURT ORDERS that SHELLEY NASRI is hereby appointed as the guardian ad
6  litem for R█████ N. N█████ and S███ Y. N█████ for the reasons set forth in item 5 of the
7  application.

9  Dated: August 24, 2011

Judicial Officer