David A. Rishwain, Esq. (#157134)
Sharon A. Wortmann, Esq. (#143069)
**RISHWAIN & RISHWAIN**
2800 West March Lane, Suite 220
Stockton, California 95219
Telephone: (209) 473-2800
Facsimile: (209) 473-2885

**Attorneys for Defendant,
Najla Aleraj**

FILED

DEC 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SARRIAH A. NASRI, R▌ N. N▌, S▌ Y. N▌, SHELLEY NASRI aka Sarnah Nasri, MOHAMAD RAMI NASRI, individually and as Trustee of the Mohamad Yahya Nasri Living Trust; and, NAJYA ALERAJ,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:11-CV-01986-JAM-DAD<br>(*Assigned to Judge John A. Mendez, Department J*)<br><br>**STIPULATION AND ORDER DIRECTING PAYMENT OF FUNDS DEPOSITED**<br><br>Date Action Filed: |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their respective counsel, that:

1. Defendants, Sarriah A. Nasri, Shelley Nasri, court-appointed Guardian Ad Litem for R▌ N. N▌, and Shelley Nasri, court-appointed Guardian Ad Litem for S▌ Y. N▌, (the "Nasri Children") and Defendant, Najla Aleraj ("Defendant Aleraj") (collectively, the "Parties") have entered into a Settlement Agreement and Mutual Release, settling all disputes

1

which have arisen from or relate to the above-referenced case;

2. The Parties stipulate to Judgment and division of the $264,137.79 in life insurance proceeds deposited with the Court as follows. The following allocation of life insurance proceeds represents an equal division of proceeds to each of the four Parties, after taking into account the $25,000.00 already distributed to Defendant Aleraj before the above-referenced case was filed:

    a. An amount equal to $72,284.45 shall be distributed to each of the Nasri Children. The share allocated to any minor Nasri child shall be distributed to Shelley Nasri, as court-appointed Guardian Ad Litem of such child and held in trust for the benefit of such child;

    b. An amount equal to $47,284.44 shall be distributed to Defendant Aleraj;

    c. Any interest which has accumulated on the principal amount deposited shall be divided into four (4) equal portions, with one such portion to be distributed to each of the Parties;

    d. In the event that the total life insurance proceeds available for distribution is less than $264,137.79, the division and distribution of such proceeds shall be made as follows:

        i. The total amount of proceeds available for distribution shall be divided into four (4) equal shares;

        ii. One such share shall be reduced by an amount equal to $18,750.00 (representing the $25,000.00 previously distributed to Defendant Aleraj, after crediting back her 1/4 share of such amount) and dsitributed to Defendant Aleraj; and

        iii. The other three (3) shares shall each be increased by an amount equal to $6,250,00 (1/4 of the $25,000.00 previously distributed to Defendant Aleraj). One such share shall then be distributed to each of the Nasri Children.

///

Stipulation And Order Directing Payment Of Funds Deposited

1  IT IS SO STIPULATED.

2  Dated: 12/24/12                          RISHWAIN & RISHWAIN
                                            A Professional Law Corporation

                                            By: /s/_____
                                                DAVID A. RISHWAIN
                                                Attorneys for Defendant,
                                                Najla Aleraj

7  Dated: 12/21/12                          LAW OFFICE OF FRANCIS X. MOHAN III

                                            By: /s/_____
                                                JASON L. PERISHO
                                                Attorneys for Defendants,
                                                Sarriah A. Nasri,
                                                Shelley Nasri, court-appointed Guardian
                                                Ad Litem for R▮▮▮ N. N▮▮, and
                                                Shelley Nasri, court-appointed Guardian
                                                Ad Litem for S▮▮ Y. N▮

## ORDER

The Court, having read the foregoing Stipulation of the Parties and finding good cause to enter an Order approving the Stipulation,

IT IS HEREBY ORDERED that the $264,137.79 in life insurance proceeds deposited with the Court be distributed by the Clerk as follows:

a. An amount equal to $72,284.45 shall be distributed to each of the Nasri Children. The share allocated to any minor Nasri child shall be distributed to Shelley Nasri, as court-appointed Guardian Ad Litem of such child and held in trust for the benefit of such child;

b. An amount equal to $47,284.44 shall be distributed to Defendant Aleraj;

c. Any interest which has accumulated on the principal amount deposited shall be divided into four (4) equal portions, with one such portion to be distributed to each of the Parties;

Stipulation And Order Directing Payment Of Funds Deposited

d. In the event that the total life insurance proceeds available for distribution is less than $264,137.79, the division and distribution of such proceeds shall be made as follows:

   i. The total amount of proceeds available for distribution shall be divided into four (4) equal shares;

   ii. One such share shall be reduced by an amount equal to $18,750.00 (representing the $25,000.00 previously distributed to Defendant Aleraj, after crediting back her 1/4 share of such amount) and dsitributed to Defendant Aleraj; and

   iii. The other three (3) shares shall each be increased by an amount equal to $6,250,00 (1/4 of the $25,000.00 previously distributed to Defendant Aleraj). One such share shall then be distributed to each of the Nasri Children.

Dated:   12/27/2012

HONORABLE JOHN A. MENDEZ
Judge of the United States District Court
Eastern District of California, Sacramento Division

Stipulation And Order Directing Payment Of Funds Deposited